| Trustee Name, Address, Phone, Fax, Email: | FILED |
|---|---|
| DANE S. FIELD<br>PO Box 4198<br>Honolulu, HI 96812<br>(808) 232-8788<br>fax<br>Dfield@hawaii.rr.com | U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br><br>2014 JUL 31 A 11:55<br><br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>MICHAEL B. DOWLING<br>CLERK OF COURT |
| Debtor(s):<br>Margery Kanamu-Kalehuan Kekauoha | Case No.: 05-01215<br><br>Chapter 7    (PAID) |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ 3,337.55 |
|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 1 | Aloha Airlines Federal Credit Union<br>2200 Kam Highway, Ste. 220<br>Honolulu, HI 96819 | $3,258.70 |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

| Dated: 7/29/13 | /s/ Dane Field<br>Trustee |
|---|---|